In the Matter of NICHOLAS T. ROGERS, as Administrator of the Estate of BRUNO BURN, Deceased, Respondent, against ALBERT F. COYLE, Appellant.

Submitted October 4, 1943; decided October 21, 1943.

*Seymour J. Wilner* for motion.
*Albert F. Coyle,* in person, opposed.
Motion granted and appeal dismissed, with costs.